IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM SOUR SORN,

    Plaintiff,                            No. CIV S- 02-1388  KJM

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.                       <u>ORDER</u>

        By judgment filed July 7, 2006, this action was reversed and remanded. Accordingly, IT IS HEREBY ORDERED that this matter is remanded under sentence four of 42 U.S.C. § 405(g) for immediate payment of benefits.

DATED:  July 18, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

006
sorn.rem

1