```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814-2322
 4  Telephone:  (916) 554-2700
    Fax:  (916) 554-2900
 5  JEAN M. TURK
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM SOUR SORN,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:02-CV-01388-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THIRTEEN THOUSAND AND 00/100 DOLLARS ($13,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA

1 in this action.
2    Payment of the amount specified above shall constitute a
3 complete release from and bar to any and all claims of Plaintiff's
4 counsel relating to EAJA fees in connection with this action,
5 without prejudice to any future request for fees under the Social
6 Security Act, 42 U.S.C. § 406(b).
7    The parties further stipulate that Plaintiff will withdraw her
8 EAJA fee petition filed in the Ninth Circuit Court of Appeals.
9 / / /
10 / / /
11 / / /
12 / / /

```
       /s/ Ann M. Cerney
           (As authorized on OCTOBER 17, 2006)
       ANN M. CERNEY
       Attorney at Law

       Attorney for Plaintiff



       McGREGOR W. SCOTT
       United States Attorney
       BOBBIE J. MONTOYA
       Assistant U.S. Attorney

By:    /s/ Bobbie J. Montoya for
           (As signed on OCTOBER 17, 2006)
       JEAN M. TURK
       Special Assistant U.S. Attorney

       Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

SORN v. Barnhart
EAJA Stip & Order
2:02-cv-01388-KJM       **3**

1                           <u>ORDER</u>

2     Counsel for Plaintiff is hereby awarded attorney's fees
3 pursuant to the Equal Access to Justice Act in the amount of
4 $13,000.00, as provided by the stipulation of the parties.
5     APPROVED AND SO ORDERED.
6 DATED: October 18, 2006.

                                                                                                                                                                                                                                                                                                                                                                                           

_____
UNITED STATES MAGISTRATE JUDGE